# EXHIBIT D

02/26/2008 18:06 FAX 1 928 669 6868   ATTORNEY FRAME   @001/001

RECEIVED
FEB 26 2008
Michael L. Frame
Attorney At Law

2008 FEB 22 PM 3: 41

## IN THE TRIBAL COURT
## OF THE COLORADO RIVER INDIAN TRIBES

| | |
|---|---|
| COLORADO RIVER INDIAN TRIBES | Case No. CV-CO-2007-0100 |
| Petitioner/Plaintiff, | |
| vs. | **ORDER RE CONTINUANCE OF HEARING AND TRIAL** |
| WATER WHEEL CAMP RECREATIONAL AREA, INC., ROBERT JOHNSON, and DOES 1-20, | |
| Respondents/Defendants. | |

Upon the stipulation of all parties, the Court hereby orders that:

1. The evidentiary hearing and eviction trial in the above-captioned matter is continued until 9:00 a.m. on **March 14, 2008**.

2. Defendants shall produce Robert R. Johnson for a deposition to be held the Office of Attorney General, 26600 Mohave Road, Parker, AZ 85344, commencing at 11:00 a.m. on **February 29, 2008**.

IT IS SO ORDERED.

Date:

_____
Judge of the Colorado River Indian Tribal Court

Case No. CV-CO-2007-0100
[PROPOSED] ORDER