# Exhibit 5a

# to Defendants' Response in Opposition

# to Plaintiffs' Second Emergency

# Application for a TRO

P.O. Box 3428
(928) 669-1355 phone
(928) 669-9223 fax

**Colorado River Indian Tribal Court**



| | | | |
|---|---|---|---|
| **To:** | Eric Shepard, Esq.. | **From:** | Priscilla Hill, Clerk of the Court |
| **Fax:** | (928) 669-1269 | **Pages:** | 3 |
| **Phone:** | (928) 669-1271 | **Date:** | April 30, 2008 |
| **Re:** | | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments: Petition of Appeal in: Case No. Cv-Co-2007-0100 CRIT v. Water Wheel**

1. Order Granting Plaintiff's Motion to Compel Discovery and for Reasonable Expenses

2008 APR 30 PM 4:10

# ORDER

GOOD CAUSE APPEARING THEREFORE, Plaintiff's Motion to Compel Discovery and for Reasonable Expenses is granted. It is ordered as follows:

1. Defendant Water Wheel Camp Recreational Area, Inc. ("Water Wheel") is ordered to designate a witness for Rule 30(b)(6) deposition and to provide that witness for deposition on May 9, 2008.

2. Water Wheel is further ordered to respond to Plaintiff's Interrogatories to Defendant Water Wheel and Plaintiff's Second Request for Production and Inspection of Documents to Defendant Water Wheel, both dated March 3, 2008, no later than May 12th, 2008. *GL*

3. Defendant Robert Johnson ("Johnson") is ordered to respond to Plaintiff's Interrogatories to Defendant Johnson and Plaintiff's Second Request for Production and Inspection of Documents to Defendant Johnson, both dated March 3, 2008, no later than May 12th, 2008. *GL*

4. Defendants and their attorneys are ordered to pay to Plaintiff forthwith reasonable expenses in the amount of _____, incurred by Plaintiff in making the Motion to Compel and for Reasonable Expenses.

IT IS SO ORDERED.

4/30/08
Date

_____
Hon. Gary LaRance
Judge of the Colorado River
Indian Tribal Court

Case No. CV-CO-2007-0100
ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR REASONABLE EXPENSES