Exhibit 6a

to Defendants' Response in Opposition

to Plaintiffs' Second Emergency

Application for a TRO

# IN THE TRIBAL COURT
# OF THE COLORADO RIVER INDIAN TRIBES

| | |
|---|---|
| COLORADO RIVER INDIAN TRIBES<br><br>Petitioner/Plaintiff,<br><br>vs.<br><br>WATER WHEEL CAMP RECREATIONAL AREA, INC., ROBERT JOHNSON, and DOES 1-20,<br><br>Respondents/Defendants. | Case No. CV-CO-2007-0100<br><br>**ORDER VACATING ORDER OF APRIL 30, 2008** |

## ORDER

It is hereby ordered that the Order Granting Plaintiff's Motion to Compel Discovery and for Reasonable Expenses dated April 30, 2008 is hereby vacated.

Dated:        By _____
              Hon. Gary LaRance
              Chief Judge of the Colorado River Tribal Court

2008 MAY -1 PM 3:29

Case No. CV-CO-2007-0100