# Exhibit 7a

# to Defendants' Response in Opposition

# to Plaintiffs' Second Emergency

# Application for a TRO

P.O. Box 3428
(928) 669-1355 phone
(928) 669-9223 fax

**Colorado River Indian Tribal Court**



| | | | |
|---|---|---|---|
| **To:** Eric Shepard, Esq.. | | **From:** Priscilla Hill, Clerk of the Court | |
| **Fax:** (928 669-1269 | | **Pages:** 4 | |
| **Phone:** (928) 669-1271 | | **Date:** May 9, 2008 | |
| **Re:** | | **CC:** | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments: Petition of Appeal in: Case No. Cv-Co-2007-0100 CRIT v. Water Wheel**

1. Order Granting Plaintiff's Motion to Compel Discovery and for Reasonable Expenses

2008 MAY -9 AM 11:37
OFFICE OF...

ORIGINAL FILED

2008 MAY -9 AM 10:57

COURT CLERK
TRIBAL COURT OF THE
COLORADO RIVER INDIAN TRIBES

# IN THE TRIBAL COURT
# OF THE COLORADO RIVER INDIAN TRIBES

COLORADO RIVER INDIAN TRIBES

Petitioner/Plaintiff,

vs.

WATER WHEEL CAMP RECREATIONAL AREA, INC., ROBERT JOHNSON, and DOES 1-20,

Respondents/Defendants.

Case No. CV-CO-2007-0100

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR REASONABLE EXPENSES**

---

Case No. CV-CO-2007-0100
ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR REASONABLE EXPENSES

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | GOOD CAUSE APPEARING THEREFORE, Plaintiff's Motion to Compel |
| 3 | Discovery and for Reasonable Expenses is granted. It is ordered as follows: |
| 4 | 1. Defendant Water Wheel Camp Recreational Area, Inc. ("Water Wheel") is |
| 5 | ordered to respond to Plaintiff's Interrogatories to Defendant Water Wheel and |
| 6 | Plaintiff's Second Request for Production and Inspection of Documents to |
| 7 | Defendant Water Wheel, both dated March 3, 2008, no later than **May 16,** |
| 8 | **2008.** |
| 9 | 2. Defendant Robert Johnson ("Johnson") is ordered to respond to Plaintiff's |
| 10 | Interrogatories to Defendant Johnson and Plaintiff's Second Request for |
| 11 | Production and Inspection of Documents to Defendant Johnson, both dated |
| 12 | March 3, 2008, no later than **May 16, 2008.** |
| 13 | 3. Water Wheel is ordered to designate a witness for a Rule 30(b)(6) deposition |
| 14 | and to provide that witness for deposition on **May 26, 2008.** |
| 15 | 4. Defendants and their attorneys are ordered to pay to Plaintiff forthwith |
| 16 | reasonable expenses in the amount of _____, incurred by Plaintiff in |
| 17 | making the Motion to Compel and for Reasonable Expenses. |
| 18 |   |
| 19 | IT IS SO ORDERED. |
| 20 |   |
| 21 |   |
| 22 | 5/9/08 _____ |
|    | Date                              Hon. Gary LaRance |
| 23 |                                   Judge of the Colorado River |
|    |                                   Indian Tribal Court |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, the foregoing [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR REASONABLE EXPENSES was personally delivered to the Tribal Court of the Colorado River Indian Tribes for lodging to:

Clerk of the Tribal Court
Colorado River Indian Reservation
26600 Mohave Road
Parker, AZ 85344

I further certify that on May 8, 2008, I caused to be served via U.S. Certified Mail, Return Receipt one copy of [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR REASONABLE EXPENSES to the following:

| | |
|---|---|
| Fred Welch | Michael L. Frame |
| Attorney at Law | Attorney at Law |
| 1112 Arizona Avenue | 1308 Joshua Avenue |
| Parker, AZ 85344 | Parker, AZ 85344 |
| Tel: (928) 669-5892 | Tel: (928) 669-6565 |
| Fax: (928) 669-5893 | Fax: (928) 669-6868 |
| *Attorney for Defendant Robert Johnson* | *Attorney for Defendant Water Wheel Camp Recreational Area* |

I declare the above to be true and correct under penalty of perjury. Executed this 8 day of May, 2008, at Parker, Arizona.