**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Water Wheel Camp Recreational Area, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Gary LaRance, et al., <br><br> Defendants. | No. CV08-0474-PHX-DGC <br><br> **ORDER** |

On May 23, 2008, the Court held a hearing on Plaintiffs' Second Emergency Application and Motion for Temporary Restraining Order and Preliminary Injunction. Dkt. #26. For reasons stated in detail on the record, the Court denied the application. Plaintiffs must exhaust their jurisdictional arguments in tribal court before asserting them in this court. *See National Farmers Union Ins. Co. v. Crow Tribe of Indians*, 471 U.S. 845, 853-57 (1985); Dkt. #18.

**IT IS ORDERED:**

1. Plaintiffs' Second Emergency Application and Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. #26) is **denied**.

2. If the tribal courts decide that they do have jurisdiction to hear the eviction action against Plaintiffs, Defendants must afford Plaintiffs a period of 15 days to seek review of their jurisdictional arguments in this Court before entering an order that will empower the Colorado River Indian Tribes to evict Plaintiffs

1 from the property or take other action to interfere with the Plaintiffs'
2 occupancy of the property.
3. On or before **September 5, 2008**, the parties shall jointly file a status report concerning Plaintiffs' exhaustion of their jurisdictional arguments in tribal court.

DATED this 23rd day of May, 2008.

_____
David G. Campbell
United States District Judge

- 2 -